**UNITED STATES of America,**
**Plaintiff-Appellee**

v.

**Frederick Odhiambo OPIYO,**
**Defendant-Appellant**

**No. 16-10348**
**Summary Calendar**

United States Court of Appeals,
Fifth Circuit.

Date Filed: 11/21/2016

Frederick Odhiambo Opiyo, Pro Se

Before HIGGINBOTHAM, PRADO, and HAYNES, Circuit Judges.

PER CURIAM: *

Frederick O. Opiyo, federal prisoner # 39194-039, appeals the district court's dismissal of his Federal Rule of Civil Procedure Rule 60(d) motion challenging the revocation of his supervised release which resulted in a sentence of 24 months of imprisonment. Rule 60 does not provide a jurisdictional basis for relief from a criminal judgment. *See United States v. Early*, 27 F.3d 140, 142 (5th Cir. 1994). To the extent that Opiyo's motion may be deemed as a challenge to the result of his prior 28 U.S.C. § 2255 proceeding, it is a second or successive § 2255 motion. *See United States v. Rich*, 141 F.3d 550, 551-53 (5th Cir. 1998). Opiyo has not obtained authorization to file such a motion, which we would deny because his claims do not satisfy the standard for a successive motion. *See* 28 U.S.C. § 2255(h).

Although the district court denied Opiyo's motion on the merits, the district court should have denied the motion for lack of jurisdiction. *See Early*, 27 F.3d at 142. We can, and therefore do, AFFIRM on the alternative basis that the district court lacked jurisdiction over the unauthorized motion. *See id.*